# Court of Appeals
# of the State of Georgia

ATLANTA, May 01, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0306. EBONY AZIZI SYLLA v. SPENCER R. MOORE, COMMISSIONER OF GEORGIA DEPARTMENT OF DRIVER SERVICES.**

On March 20, 2023, the superior court entered an order affirming the decision of the Georgia Department of Driver Services to deny Ebony Azizi Sylla's untimely request for a hearing regarding the medical revocation of her driver's license. Sylla filed this application for discretionary appeal on April 21, 2023. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional; we cannot accept an application filed more than 30 days from the trial court's ruling. See *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Because Sylla's application was filed 32 days after the trial court's order, the application is untimely. Accordingly, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/01/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.